Le Roy Kring, appellee, v. H. W. Funk, appellant.  Gen. No. 8,534.

Opinion filed November 4, 1931.
William R. Bach, for appellant.  Elmer G. Henning and W. W. Whitmore, for appellee.
Mr. Justice Eldredge delivered the opinion of the court.

Lincoln Park Coal & Brick Company for the use of United States Fidelity & Guaranty Company, appellant, v. Wabash Railway Company, appellee.  Gen. No. 8,484.

Opinion filed November 4, 1931.
Johnson & Pefferle and Thos. W. Hoopes, for appellant.  Allen & Converse, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

Joseph Hoskins, appellee, v. Frank Heavner, appellant.  Gen. No. 8,511.

Opinion filed November 4, 1931.
L. T. Graham, for appellant.  Edwin Johnston, for appellee; Merrill H. Johnston, of counsel.
Mr. Justice Shurtleff delivered the opinion of the court.

William P. Dunn, appellee, v. The Paul Brothers Amusement Company, appellant.  Gen. No. 8,516.

Opinion filed November 4, 1931.
J. B. Vaughn, for appellant.  Jesse Peebles, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

Eliza Hamm, administratrix of the estate of Oscar Hamm, deceased, appellee, v. Metropolitan Life Insurance Company, appellant.  Gen. No. 8,535.

Opinion filed November 4, 1931.
Bellatti, Samuell & Moriarty, for appellant.  Hairgrove & Absher, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.